UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ANGELA MARTINEZ,

        Plaintiff,

        02 Civ. 9497 (RWS)

- against -

        O P I N I O N

AMERICAN AIRLINES, INC., AIRBUS

INDUSTRIE, G.I.E.,

        Defendants.

------------------------------------------X

A P P E A R A N C E S:

    <u>Attorneys for Defendant American Airlines, Inc.</u>

    CLYDE & CO US LLP
    405 Lexington Avenue
    New York, NY 10174
    By:  Christopher Carlsen, Esq.

    <u>Attorneys for Defendant Airbus Industrie, G.I.E.</u>

    HOGAN & HARTSON LLP
    711 Louisiana Street, Suite 2100
    Houston, TX 77002
    By:  Thad T. Dameris, Esq.

**Sweet, D.J.**

On September 14, 2016, Angela Martinez ("Ms. Martinez" or the "Guardian") submitted a letter motion to withdraw as Guardian of the bank accounts of Dania, Zuleika, and Teresita Corcoran (the "three Corcoran children") and for the respective accounts to be released to the three Corcoran children. She has also asked for the Court to allow Ms. Martinez to withdraw $50,000 from Danilo Corcoran's ("Danilo") account to cover various legal costs for Danilo. The motion was fully submitted on Thursday, October 13, 2016.

Ms. Martinez has been Guardian for the three Corcoran children, Danilo, and another Corcoran child since 2001. The three Corcoran children being in their late 20s and capable of their own financial management, and no opposition having been filed, the motion for Ms. Martinez to withdraw as Guardian and for the accounts to be released to the three Corcoran children is granted. Ms. Martinez's request for $50,000 from Danilo's account to be released to her to cover his past and anticipated legal needs is also granted.

Submit judgment on notice.

1

It is so ordered.

**New York, NY**
**October 31, 2016**

_____
ROBERT W. SWEET
U.S.D.J.