```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ANGELA MARTINEZ,                                                     :
                                                                     :
                              Plaintiff,                             :
                                                                     :           02-cv-9497 (LJL)
            -v-                                                      :
                                                                     :                ORDER
AMERICAN AIRLINES, INC., AIRBUS INDUSTRIES,                          :
G.I.E.,                                                              :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2023
```

LEWIS J. LIMAN, United States District Judge:

     This case was reassigned to this Court on June 16, 2023. The Court schedules a telephonic status conference for August 4, 2023, at 2:30 P.M. The parties may dial in at 888-251-2909 and use access code 2123101.

     The Clerk of Court is respectfully directed to mail a copy of this letter to Plaintiff at her address listed in Dkt. No. 21.

     SO ORDERED.

Dated: July 20, 2023
       New York, New York

                                              LEWIS J. LIMAN
                                       United States District Judge